UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFONSO MUNOZ ALEGRIA, | ) | No. CV 17-4238 PA (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 23, 2018

PERCY ANDERSON
United States District Judge